Germain D. Labat (SBN 203907)
GREENSPOON MARDER LLP
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:  310.888.4520
Facsimile:   954.771.9264
*germain.labat@gmlaw.com*

Michael S. Marron (admitted *pro hac vice*)
GREENSPOON MARDER LLP
590 Madison Avenue, Suite 1800
New York, New York 10022
Telephone:  212.501.7673
Facsimile:   212.524.5050
*michael.marron@gmlaw.com*

*Attorneys for Defendants Polymer80, Inc.,
David L. Borges, and Loran L. Kelley, Jr.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXUM INDEMNITY COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>POLYMER80, INC., a Nevada corporation; DAVID L. BORGES, an individual; and LORAN L. KELLEY, JR., an individual,<br><br>Defendants. | Case No.: 2:21-cv-05852-FWS-GJSx<br><br>*Hon. Fred W. Slaughter*<br><br>**STIPULATION REGARDING MODIFICATION TO THE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Complaint Filed: July 20, 2021<br>Trial Date: November 14, 2023<br><br>Hearing Date: September 22, 2022<br>Time: 10:00 a.m. |

STIPULATION REGARDING MODIFICATION TO BRIEFING SCHEDULE
FOR PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Pursuant to the Federal Rules of Civil Procedure and Rule 7-1 of the Local |
| 3 | Rules of Practice for the United States District Court for the Central District of |
| 4 | California, Plaintiff Maxum Indemnity Company and Defendants Polymer80, Inc., |
| 5 | David L. Borges, and Loran L. Kelley, Jr. hereby stipulate to the following |
| 6 | modification to the briefing schedule with respect to Plaintiff's motion for |
| 7 | judgment on the pleadings (Dkt. #54), which is scheduled for hearing on Thursday, |
| 8 | September 22, 2022: |
| 9 | WHEREAS on June 22, 2022, the Court entered an Order approving the |
| 10 | stipulated briefing schedule whereby Defendants shall file their opposition to |
| 11 | Plaintiff's motion on or before Wednesday, August 3, 2022, and Plaintiff shall file |
| 12 | its reply on or before Thursday, September 8, 2022; |
| 13 | WHEREAS the parties anticipate filing a stipulation of dismissal under Fed. |
| 14 | R. Civ. P. 41(a)(1)(A)(ii); |
| 15 | NOW, THEREFORE, Plaintiff and Defendants agree that Defendants' |
| 16 | deadline to file their opposition to Plaintiff's motion is extended to on or before |
| 17 | Friday, August 5, 2022. |
| 18 | SO STIPULATED. |
| 19 | |
| 20 | Dated:  August 3, 2022                    GREENSPOON MARDER LLP |
| 21 | |
| 22 | By: */s/ Michael S. Marron* |
| | Germain D. Labat |
| 23 | Michael S. Marron |
| 24 | |
| | *Attorneys for Defendants Polymer80, Inc.,* |
| 25 | *David L. Borges, and Loran L. Kelley, Jr.* |
| 26 | |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | Dated:  August 3, 2022 | STEPTOE & JOHNSON LLP |
| 2 | | By: */s/ Johanna S. Dennehy* |
| 3 | | Robyn C. Crowther |
| | | Sarah D. Gordon |
| 4 | | Johanna S. Dennehy |
| 5 | | |
| 6 | | *Attorneys for Plaintiff Maxum Indemnity Company* |

### **ATTESTATION**

I attest, pursuant to Local Rule 5-4.3.4, that Plaintiff's counsel Johanna S. Dennehy concurs in this filing's content and has authorized the filing.

*/s/ Michael S. Marron*
Michael S. Marron

---

2
STIPULATION REGARDING MODIFICATION TO BRIEFING SCHEDULE
FOR PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS