1  Robyn C. Crowther (SBN 193840)
2  **STEPTOE & JOHNSON LLP**
   633 West Fifth Street, Suite 1900
3  Los Angeles, CA 90071
4  Telephone: (213) 439-9400
   Facsimile: (213) 439-9599
5  *rcrowther@steptoe.com*
6
7  Sarah D. Gordon (admitted *pro hac vice*)
   Johanna Dennehy (admitted *pro hac vice*)
8  **STEPTOE & JOHNSON LLP**
9  1330 Connecticut Avenue NW
   Washington, DC 20036
10 Telephone: (202) 429-3000
11 Facsimile: (202) 429-3902
   *sgordon@steptoe.com*
12 *jdennehy@steptoe.com*
13
14 *Attorneys for Plaintiff Maxum Indemnity Company*

15              **UNITED STATES DISTRICT COURT**
16              **CENTRAL DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| 18  MAXUM INDEMNITY COMPANY, a Connecticut corporation, | Case No.: 2:21-cv-05852-FWS-GJSx |
| 19 | *Hon. Fred W. Slaughter* |
| 20         Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| 21 | |
| 22     v. | |
| 23  POLYMER80, INC., a Nevada corporation; DAVID L. BORGES, an individual; and LORAN L. KELLEY, JR., an individual, | |
| 24 | |
| 25 | |
| 26         Defendants. | |
| 27 | |
| 28 | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

    PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Maxum Indemnity Company and Defendants Polymer80, Inc., David L. Borges, and Loran L. Kelley, Jr. hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs.

Dated:  August 10, 2022

STEPTOE & JOHNSON LLP

By: /s/ Johanna Dennehy
Robyn C. Crowther
Sarah D. Gordon
Johanna S. Dennehy

*Attorneys for Plaintiff Maxum Indemnity Company*

Dated:  August 10, 2022

GREENSPOON MARDER LLP

By: /s/ Michael Marron
Michael Marron (admitted *pro hac vice*)
michael.marron@gmlaw.com
590 Madison Avenue, Suite 1800
New York, New York 10022
Telephone:  212.501.7673
Facsimile:   212.524.5050

Germain D. Labat (SBN 203907)
germain.labat@gmlaw.com
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:  310.888.4520
Facsimile:   954.771.9264

*Attorneys for Defendants Polymer80, Inc., David L. Borges, and Loran L. Kelley, Jr.*

**ATTESTATION**

1. I attest, pursuant to Local Rule 5-4.3.4, that Defendants' counsel Michael Marron concurs in this filing's content and has authorized the filing.

                                */s/ Johanna Dennehy*
                                Johanna Dennehy