**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXUM INDEMNITY COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>POLYMER80, INC.; DAVID L. BORGES; AND LORAN L. KELLEY,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-05852-FWS-GJSx<br><br>**ORDER APPROVING STIPULATED MODIFICATION TO BRIEFING SCHEDULE [63]** |

On August 3, 2022, Plaintiff Maxum Indemnity Company and Defendants Polymer80, Inc., David L. Borges, and Loran L. Kelley filed a Stipulation Regarding Modification to the Briefing Schedule for Plaintiff's Motion for Judgment on the Pleadings ("Stipulated Briefing Schedule") [63].  As set out in the Stipulated Briefing Schedule, the parties have agreed to abide by the following briefing deadlines:

1. Defendants shall file their opposition to Plaintiff's motion on or before Friday, August 5, 2022; and
2. Plaintiff shall file its reply on or before Thursday, September 8, 2022.

1 | The court, having considered the Stipulated Briefing Schedule, and finding good cause therefor, hereby **ORDERS** as follows:

1. Defendants shall file their opposition to Plaintiff's motion for judgment on the pleadings on or before Friday, August 5, 2022; and
2. Plaintiff shall file its reply on or before Thursday, September 8, 2022.

**IT IS SO ORDERED**.

Dated: August 10, 2022

                                    Hon. Fred W. Slaughter
                                    UNITED STATES DISTRICT JUDGE